**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1449 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiff AF Holdings LLC hereby moves this Court for leave, pursuant to Federal Rule of Civil Procedure 15, to amend the Complaint to name "Roeum Hean" as the Defendant in this case. Plaintiff has ascertained Mr. Hean's identity through the discovery previously granted by this Court and now seeks leave to name Mr. Hean as the Defendant in this action. For the reasons set forth in the attached memorandum of law, the Court should grant this motion. Pursuant to LR 15.1(b), the proposed Amended Complaint is attached hereto as Exhibit A and the edited version of the proposed Amended Complaint is attached hereto as Exhibit B.

[intentionally left blank]

Respectfully submitted,

AF Holdings LLC

DATED: October 26, 2012

By:    s/ Michael K. Dugas
       Michael K. Dugas
       Bar No. 0392158
       Attorney for AF Holdings LLC
       Alpha Law Firm LLC
       900 IDS Center
       80 South 8th Street
       Minneapolis, MN 55402
       Telephone: (415) 325 – 5900
       mkdugas@wefightpiracy.com