**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1449 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S SUPPORTING AFFIDAVIT REGARDING EXHIBITS**

I, Michael Dugas, declare as follows:

1.　　I am counsel of record for Plaintiff AF Holdings LLC in this matter. My business address is 900 IDS Center, 80 South 8th Street, Minneapolis, MN 55402.

2.　　Attached hereto as Exhibit A is a true and correct copy of the proposed Amended Complaint for which Plaintiff is seeking leave to file with attached Amended Complaint exhibits.

3.　　Attached hereto as Exhibit B is a true and correct copy of the highlighted and edited version of the proposed Amended Complaint for which Plaintiff is seeking leave to file.

By:　s/ Michael K. Dugas
　　　Michael K. Dugas
　　　Bar No. 0392158
　　　Attorney for AF Holdings LLC
　　　Alpha Law Firm LLC
　　　900 IDS Center
　　　80 South 8th Street
　　　Minneapolis, MN 55402
　　　Telephone: (415) 325 – 5900
　　　mkdugas@wefightpiracy.com