# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1449 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO AMEND THE COMPLAINT

The Court has reviewed Plaintiff's Motion for Leave to Amend the Complaint (ECF No. 11), the attached Memorandum of Law in Support (ECF No. 12), and the relevant case law. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend the Complaint (ECF No. 11) is GRANTED; it is further

ORDERED that Plaintiff may immediately file its Proposed Amended Complaint (ECF No. 13-1) as the Amended Complaint in this action.

DATED: November 1, 2012

*S/ Franklin L. Noel*
The Honorable Franklin L. Noel
United States Magistrate Judge