**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1449 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| ROEUM HEAN, | |
| Defendant. | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the undersigned will bring a Motion for Default Judgment Against Defendant Roeum Hean for hearing before the Honorable Joan N. Ericksen at the United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55414 on March 21, 2013 at 9:30 A.M.

Respectfully submitted,

AF Holdings LLC

DATED: January 14, 2013

By:  s/ Michael K. Dugas
 Michael K. Dugas
 Bar No. 0392158
 Attorney for AF Holdings LLC
 Alpha Law Firm LLC
 900 IDS Center
 80 South 8th Street
 Minneapolis, MN 55402
 Telephone: (415) 325 – 5900
 mkdugas@wefightpiracy.com