## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

AF HOLDINGS LLC,                         CASE NO. 12-cv-1449 (JNE/FLN)

     Plaintiff,                         Judge: Hon. Joan N. Ericksen

v.                                       Magistrate Judge: Hon. Franklin L. Noel

ROEUM HEAN,

     Defendant.

---

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2013, the undersigned served

Plaintiff's Notice to Court Regarding Communication to the Defendant Rouem Hean via

First Class Mail, postage prepaid.

                                                     /s/ Michael K. Dugas