## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1449 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| ROEUM HEAN, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2013, the undersigned served Plaintiff's Notice to Court Regarding Communication to the Defendant Rouem Hean via First Class Mail, postage prepaid.

/s/ Michael K. Dugas