**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1449 (JNE/FLN) |
| Plaintiff, | |
| v. | Judge: Hon. Joan N. Ericksen |
| ROEUM HEAN, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION AND WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT**

Plaintiff AF Holdings LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against Defendant Roeum Hean. As a result of the dismissal, Plaintiff also withdraws its Motion for Default Judgment against Defendant Roeum Hean. (ECF No. 24.) Defendant Roeum Hean has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF Holdings LLC

DATED: February 26, 2013

By:   s/ Michael K. Dugas
     Michael K. Dugas
     Bar No. 0392158
     Attorney for Plaintiff
     Alpha Law Firm LLC
     900 IDS Center
     80 South 8th Street
     Minneapolis, MN 55402
     Telephone: (415) 325 – 5900
     mkdugas@wefightpiracy.com