# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE - CHAMBERS 9W - Minneapolis

|  |  |
|---|---|
| AF Holdings LLC, | **COURT MINUTES** |
| Plaintiff, | Case Number: 12-CV-1449 (JNE/FLN) |
| v. |  |

| | |
|---|---|
| Date: | August 6, 2013 |
| Court Reporter: | N/A |
| Time Commenced: | 2:15 p.m. |
| Time Concluded: | 2:35 p.m. |
| Time in Chambers: | 20 minutes |

Roeum Hean,

    Defendant.

**Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.**

APPEARANCES:

Paul Hansmeier & Michael Dugas for the plaintiff AF Holdings LLC;
Paul Godfread for Alan Cooper;
Mark Lutz, officer of the plaintiff AF Holdings LLC (by telephone).

The participants discussed the status of this case and its potential future.

Mr. Hansmeier indicated that the defendant sent the plaintiff two money orders, neither of which were cashed because they were made out to the wrong payee. The participants reviewed the Dugas declaration and the settlement agreement. The Dugas declaration states that the money orders were made out to "AF Holdings LLC," and the settlement agreement calls upon the defendant to pay the "Owner"–a term defined as "AF Holdings LLC."

The Court directed Mr. Hansmeier to file a declaration forthwith explaining what happened to the money orders (i.e. whether they were deposited, destroyed, or returned to Mr. Hean).

The parties shall notify the Court by the close of business on Friday, August 16, 2013 as to whether a future scheduling order will be required.

                                     *s/Franklin L. Noel*
                                     U. S. Magistrate Judge