UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AF HOLDINGS LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 12-cv-1449

Judge: Hon. Joan N. Ericksen

Magistrate Judge: Hon. Franklin L. Noel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2013, a true and correct copy of Plaintiff's Notice to the Court was sent via First-Class U.S. Mail, postage prepaid, to:

Roeum Hean
1200 Autumn Dr., Apt. 305
Faribault, MN 55201

DATED: August 16, 2013

    By: /s/ Paul R. Hansmeier