UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AF HOLDINGS LLC, | |
| Plaintiff, | CASE NO. 12-cv-1449 |
| v. | |
| | Judge: Hon. Joan N. Ericksen |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

---

## DECLARATION OF PAUL R. HANSMEIER

1. My name is Paul Hansmeier. I submit this Declaration in response to the Magistrate Judge's order (ECF No. 48) dated August 6, 2013.

2. I have no personal knowledge regarding the money orders discussed at the August 6, 2013, initial pretrial conference. My statements at the hearing were based on the understandings I developed while discussing this matter with others. Any apparent inconsistencies between my statements and Mr. Dugas' declaration were inadvertent. I have no reason to doubt the accuracy of Mr. Dugas' declaration.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Paul Hansmeier
Paul R. Hansmeier