# Exhibit D

I, Jacques Nazaire, under the penalty of perjury, declare and state:

1. I am over eighteen years of age and am competent to testify as to the matters set forth herein. I make this affidavit on the basis of my personal knowledge and, if called, would be prepared to testify as follows.

2. I am attorney licensed to practice law in the State of Georgia.

3. I have represented AF Holdings LLC in several matters in Georgia.

4. On the occasion when I needed to speak with a representative for AF Holdings LLC, my point of contact was Brett Gibbs, who I understood to be the lead counsel for all the AF Holdings LLC cases nationwide.

5. The only person at AF Holdings LLC that I have spoken to is Mark Lutz, who I understand is the CEO of AF Holdings LLC.

6. I have spoken infrequently to Mr. John Steele over the past years. He has never indicated that he has an ownership interest in any of the clients that I have represented in Georgia, including AF Holdings LLC.

7. I have no reason to believe that Mr. John Steele has any ownership interest in any client I have ever represented.

8. Any statement I may have previously made about John Steele having an interest in AF Holdings was not based on my personal knowledge.

_____
Jacques Nazaire

Subscribed and sworn to before me, this 18th day of April, 2013

_____, NOTARY PUBLIC
Name of Notary

My commission expires: Jan 24, 2016.

**CHRIS VADNAIS**
NOTARY PUBLIC
Cobb County
State of Georgia
Comm. Expires Jan. 24, 2016