# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| AF Holdings, LLC., | **COURT MINUTES** |
| | BEFORE: Franklin L. Noel |
| | U.S. Magistrate Judge, Courtroom 9W |
| Plaintiff, | Minneapolis |
| v. | |
| | Civil Case No.: 12-1445 (JNE/FLN) |
| John Doe(s). | 12-1446 (JNE/FLN) |
| | 12-1447 (JNE/FLN) |
| | 12-1448 (JNE/FLN) |
| | 12-1449 (JNE/FLN) |
| Defendant(s). | Date: September 30, 2013 |
| | Court Reporter: Lori Simpson |
| | Time Commenced: 9:33 a.m. |
| | Time Concluded: 11:53 a.m. |
| | Time Commenced: 1:20 p.m. |
| | Time Concluded: 1:30 p.m. |
| | Time in Court: 2 hours and 30 minutes |

APPEARANCES:

For Plaintiff :   Paul Hansmeier
For Defendants: N/A
Third Party Witness: Alan Cooper
For Third Party Witness: Paul Godfread

Evidence presented by Plaintiff in response to the Court's August 28, 2013 order [ECF No. 36] was taken under advisement. Plaintiff's request to file a declaration explaining the absence of Mark Lutz was **GRANTED** at the hearing. Such a declaration shall be filed no later than 5 p.m. Tuesday, October 1, 2013.

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                                s/KCS
                                                      Signature of Law Clerk