# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1447 (JNE/FLN) |
| Plaintiff, | |
| v. | Judge: Hon. Joan N. Ericksen |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

## PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD RELATING TO THE SEPTEMBER 30, 2013, EVIDENTIARY HEARING

Plaintiff AF Holdings LLC, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), moves this Court for an order permitting it to supplement the record relating to the September 30, 2013, evidentiary hearing before this Court. Plaintiff respectfully requests that the Court permit it to augment the record with the affidavit of Kimberly Eckenrode that could not reasonably have been brought forward at an earlier date. Plaintiff bases its motion on the accompanying Notice of Hearing, Memorandum in Support and the Affidavit of Kimberly Eckenrode.

[*intentionally left blank*]

                                  Respectfully submitted,

DATED: October 4, 2013

                                  <u>s/ Paul Hansmeier</u>
                                  Paul Hansmeier
                                  Bar Number 387795
                                  Attorney for Plaintiff
                                  Class Justice PLLC
                                  100 South Fifth Street, Suite 1900
                                  Minneapolis, MN 55402
                                  Telephone: (612) 234-5744
                                  mail@classjustice.org