**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1447 (JNE/FLN) |
| Plaintiff, | |
| v. | |
| JOHN DOE, | Judge: Hon. Joan N. Ericksen |
| Defendant. | Magistrate Judge: Hon. Franklin L. Noel |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(d)

I, the undersigned, certify that Plaintiff AF Holdings LLC's Memorandum of Law in Support of Motion to Supplement complies with the length limitation of LR 7.1(d) and with the type size limitation of LR 7.1(f). The memorandum consists of 1,529 words (excluding this Certificate) when the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The type size used is font size 13 in font Times New Roman. The Word processing program used to prepare this memorandum was Microsoft Office Word 2007.

[*intentionally left blank*]

1

                          Respectfully submitted,

DATED: October 4, 2013

                          <u>s/ Paul Hansmeier</u>
                          Paul Hansmeier
                          Bar Number 387795
                          Attorney for Plaintiff
                          Class Justice PLLC
                          100 South Fifth Street, Suite 1900
                          Minneapolis, MN 55402
                          Telephone: (612) 234-5744
                          mail@classjustice.org