UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE No. 12-cv-1449 (JNE/FLN) |
| Plaintiff, | |
| | Judge: Hon. Joan N. Ericksen |
| v. | |
| | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

## PLAINTIFF'S MOTION TO DISQUALIFY THE MAGISTRATE JUDGE

**PLEASE TAKE NOTICE** that Plaintiff AF Holdings LLC will move for an order disqualifying the Magistrate Judge from this proceeding.

WHEREFORE, Movant requests that the Court enter an order disqualifying the Magistrate Judge from this proceeding.

Respectfully submitted,

DATED: October 24, 2013

s/ Paul Hansmeier
Paul Hansmeier
Bar Number 387795
Attorney for Plaintiff AF Holdings LLC
Class Justice PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org

1