**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS LLC, | CASE No. 12-cv-1449 (JNE/FLN) |
| Plaintiff, | |
| v. | Judge: Hon. Joan N. Ericksen |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(d)

I, the undersigned, certify that the Memorandum Of Law In Support Of Plaintiff's Motion to Disqualify complies with the length limitation of LR 7.1(d) and with the type size limitation of LR 7.1(f). The memorandum consists of 3,448 words (excluding this Certificate) when the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The type size used is font size 13 in font Times New Roman. The Word processing program used to prepare this memorandum was Microsoft Office Word 2007.

[intentionally left blank]

1

                                                        Respectfully submitted,

DATED: October 24, 2013

                                                        s/ Paul Hansmeier
                                                        Paul Hansmeier
                                                        Bar Number 387795
                                                        Attorney for Plaintiff AF Holdings LLC
                                                        Class Justice PLLC
                                                        100 South Fifth Street, Suite 1900
                                                        Minneapolis, MN 55402
                                                        Telephone: (612) 234-5744
                                                        mail@classjustice.org