✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MINNESOTA

| AF Holdings, Inc.<br>V.<br>John Doe(s) | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 12-1445, 46, 47, 48 and 49 (JNE/FLN) |
|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Franklin L. Noel | Paul Hansmeier | Paul Godfread for third-party witness, Alan Cooper |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| September 30, 2013 (hearing date) | Lori Simpson | Kimberly C. Stietz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 9/30/2013 | X | X | Copyright Assignment agreement for "Sexual Obsession" |
| 2 |  | 9/30/2013 | X | X | Copyright Assignment agreement for "Popular Demand" |
| 3 |  | 9/30/2013 | X | X | A word document representing the content of the text message received by Alan Cooper from Kimberly Eckenrode |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages