IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, Plaintiff, v. JOHN DOE, Defendant. | 12-cv-1445 12-cv-1446 12-cv-1447 12-cv-1448 12-cv-1449 |

## MOTION TO UNSEAL

Paul Hansmeier respectfully moves the Court to unseal all sealed records in the above-captioned matters.

6/1/2020

Paul Hansmeier
20953-041 Unit K3
FCI Sandstone
P.O. Box 1000
Sandstone, MN 55072