COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-041 Unit K3
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

Clerk of Court
U.S. District Court
300 S 4th St
Minneapolis, MN 55415

SAINT PAUL MN 551
03 JUN 2020 PM 3 L

RECEIVED BY MAIL
JUN 08 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 08 2020
U.S. DISTRICT COURT MPLS

55415-22575